THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LIGNOS-LOPEZ, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **SERVICIOS DE TERAPIA EDUCATIVA GIRASOL, INC.**, *et al.*, <br><br> *Defendants.* | Civ. No. 22-cv-1419 (MAJ) |

## JUDGMENT

In accordance with the Opinion and Order entered on August 23, 2024 (**ECF No. 139**), judgment is entered **DISMISSING** this action **WITHOUT PREJUDICE** in its entirety.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 26th day of August, 2024.

*/s/ María Antongiorgi-Jordán*
MARIA ANTONGIORGI-JORDAN
UNITED STATES DISTRICT JUDGE