## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **LIGNOS-LOPEZ, *et al.*,** | |
| *Plaintiffs,* | |
| **v.** | Civ. No. 22-cv-1419 (MAJ) |
| **SERVICIOS DE TERAPIA EDUCATIVA GIRASOL, INC., *et al.*,** | |
| *Defendants.* | |

## AMENDED JUDGMENT

In accordance with the Opinion and Order entered on this same date (**ECF No. 151**), judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety.

No attorneys' fees or costs are levied upon any party.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of April, 2025.

<u>**/s/ María Antongiorgi-Jordán**</u>
**MARIA ANTONGIORGI-JORDAN**
**UNITED STATES DISTRICT JUDGE**